STEPHAN C. VOLKER (CSB #63093)
JOSHUA A.H. HARRIS (CSB #222886)
MARNIE E. RIDDLE (CSB #233732)
LAW OFFICES OF STEPHAN C. VOLKER
436 14th Street, Suite 1300
Oakland, CA  94612
Tel:  510.496.0600
Fax: 510.496.1366

10.265

**OK/HAV**

Attorneys for Plaintiffs,
Save Medicine Lake Coalition, et al.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE MEDICINE LAKE COALITION, MEDICINE LAKE CITIZENS FOR QUALITY ENVIRONMENT, FALL RIVER WILD TROUT FOUNDATION, KLAMATH FOREST ALLIANCE, and CALIFORNIA WILDERNESS COALITION,<br><br>         Plaintiffs,<br><br>     v.<br><br>BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; ADVISORY COUNCIL ON HISTORIC PRESERVATION and CALPINE CORPORATION,<br><br>         Defendants. | CASE NO. S-04-0969 DFL JFM<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE AND [PROPOSED] ORDER THEREON** |

The parties hereby stipulate to the following revision to the summary judgment briefing schedule set forth in their Supplemental Joint Status Report dated July 11, 2005 and subsequently approved by this Court:

| | |
|---|---|
| Plaintiffs' summary judgment motion: | September 28, 2005 (75 page limit) |
| Defendants' summary judgment motions and opposition to Plaintiffs' summary judgment motion: | December 1, 2005 (75 page limit each) |
| Plaintiffs' opposition to Defendants' summary judgment motions and reply in support of Plaintiffs' summary judgment motion: | December 22, 2005 (75 page limit) |
| Defendants' replies in support of Defendants' summary judgment motions: | January 27, 2006 (25 page limit each) |
| Hearing: | February 15, 2006 at 10:00 A.M. |

Dated: September 30, 2005   LAW OFFICES OF STEPHAN C. VOLKER

By /S/ Stephan C. Volker
STEPHAN C. VOLKER
Attorneys for Plaintiffs

Dated: September 30, 2005   McGREGOR W. SCOTT, UNITED STATES ATTORNEY

By /S/ E. Robert Wright
E. ROBERT WRIGHT
Assistant U.S. Attorney
Attorneys for the Federal Defense

1  Dated: September 30, 2005

2
                          By   /S/ Robert A. Maynard
3                              ROBERT A. MAYNARD
                               PERKINS COIE LLP
4                              RICHARD W. OEHLER
5                              Pro Hac Vice
                               JEFFERY D. HARRIS
6                              ELLISON, SCHNEIDER &
7                              HARRIS, LLP
                               Attorneys for Calpine Corporation
8

9

10                         **[PROPOSED] ORDER**

11
       GOOD CAUSE APPEARING from the foregoing stipulation,
12

13     IT IS SO ORDERED.

14  Dated: 10/7/2005

15

16

17                                    /s/ David F. Levi

18                              DAVID F. LEVI
                                United States District Judge
19

20

STIPULATION TO EXTEND BRIEFING SCHEDULE
AND [PROPOSED] ORDER THEREON              -2-

# PROOF OF SERVICE

I am a citizen of the United States of America; I am over the age of 18 years and not a party to within entitled action; my business address is 436 14th Street, Suite 1300, Oakland, California 94612.

On September 30, 2005, I enclosed a true copy of the following documents entitled

## STIPULATION TO EXTEND BRIEFING SCHEDULE AND [PROPOSED] ORDER THEREON

by enclosing them in an envelope and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid, addressed as follows

| | |
|---|---|
| Robert A. Maynard<br>Richard W. Oehler<br>Perkins Coie LLP<br>251 E. Front Street, Suite 400<br>Boise, Idaho 83702 | E. Robert Wright<br>Assistant U.S. Attorney<br>501 'I' Street, Suite 10-100<br>Sacramento, CA 95814 |
| Jeffery D. Harris<br>Ellison, Schneider & Harris<br>2015 H Street<br>Sacramento, CA 95814 | Deborah Ann Sivas<br>Earthjustice Legal Defense Fund<br>Owen House<br>553 Salvatierra Walk<br>Stanford, CA 94305-8620 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 30, 2005, at Oakland, California.

_____
Teddy Ann Fuss