STEPHAN C. VOLKER (CSB #63093)
JOSHUA A.H. HARRIS (CSB #222886)
MARNIE E. RIDDLE (CSB #233732)
LAW OFFICES OF STEPHAN C. VOLKER
436 14th Street, Suite 1300
Oakland, CA  94612
Tel:  510.496.0600
Fax: 510.496.1366

Attorneys for Plaintiffs,
Save Medicine Lake Coalition, et al.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE MEDICINE LAKE COALITION, MEDICINE LAKE CITIZENS FOR QUALITY ENVIRONMENT, FALL RIVER WILD TROUT FOUNDATION, KLAMATH FOREST ALLIANCE, and CALIFORNIA WILDERNESS COALITION, <br><br>          Plaintiffs, <br><br>     v. <br><br> BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; ADVISORY COUNCIL ON HISTORIC PRESERVATION and CALPINE CORPORATION, <br><br>          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

STIPULATION TO EXTEND BRIEFING SCHEDULE
AND [PROPOSED] ORDER THEREON

1  CASE NO. S-04-0969 DFL JFM

2  **STIPULATION TO EXTEND BRIEFING**
3  **SCHEDULE AND [PROPOSED] ORDER**
   **THEREON**
4

The parties hereby stipulate to the following revision to the summary judgment briefing schedule set forth in their Stipulation to Extend Briefing Schedule dated September 30, 2005 and subsequently approved by this Court:

| | |
|---|---|
| Defendants' summary judgment motions and opposition to Plaintiffs' summary judgment motion: | December 23, 2005 (75 page limit each) |
| Plaintiffs' opposition to Defendants' summary judgment motions and reply in support of Plaintiffs' summary judgment motion: | January 27, 2006 (75 page limit) |
| Defendants' replies in support of Defendants' summary judgment motions: | February 17, 2006 (25 page limit each) |
| Hearing: | March 1, 2006 |

Dated:  November 4, 2005      LAW OFFICES OF STEPHAN C. VOLKER

By  /S/ Stephan C. Volker
   STEPHAN C. VOLKER
   Attorneys for Plaintiffs

Dated:  November 4, 2005      McGREGOR W. SCOTT,
                              UNITED STATES ATTORNEY

                              By  /S/ E. Robert Wright

                              E. ROBERT WRIGHT
                              Assistant U.S. Attorney
                              Attorneys for the Federal Defense

Dated:  November 7, 2005

                              By   /S/ Robert A. Maynard

                                   ROBERT A. MAYNARD
                                   PERKINS COIE LLP
                                   RICHARD W. OEHLER
                                   Pro Hac Vice
                                   JEFFERY D. HARRIS
                                   ELLISON, SCHNEIDER &
                                   HARRIS, LLP
                                   Attorneys for Calpine Corporation


## [PROPOSED] ORDER

GOOD CAUSE APPEARING from the foregoing stipulation,

IT IS SO ORDERED.

Dated: 11/8/2005                    /s/ David F. Levi
                                    DAVID F. LEVI
                                    DISTRICT COURT JUDGE

STIPULATION TO EXTEND BRIEFING SCHEDULE
AND [PROPOSED] ORDER THEREON

# PROOF OF SERVICE

I am a citizen of the United States of America; I am over the age of 18 years and not a party to within entitled action; my business address is 436 14th Street, Suite 1300, Oakland, California 94612.

On November 7, 2005, I enclosed a true copy of the following documents entitled

**STIPULATION TO EXTEND BRIEFING SCHEDULE AND [PROPOSED] ORDER THEREON**

by enclosing them in an envelope and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid, addressed as follows

| | |
|---|---|
| Robert A. Maynard<br>Richard W. Oehler<br>Perkins Coie LLP<br>251 E. Front Street, Suite 400<br>Boise, Idaho 83702 | E. Robert Wright<br>Assistant U.S. Attorney<br>501 'I' Street, Suite 10-100<br>Sacramento, CA 95814 |
| Jeffery D. Harris<br>Ellison, Schneider & Harris<br>2015 H Street<br>Sacramento, CA 95814 | Deborah Ann Sivas<br>Earthjustice Legal Defense Fund<br>Owen House<br>553 Salvatierra Walk<br>Stanford, CA 94305-8620 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on November 7, 2005, at Oakland, California.

/S/ Teddy Ann Fuss