Deborah A. Sivas (Cal. Bar No. 135446)
Alicia E Thesing (Cal. Bar No. 211751)
Leah J. Russin (Cal. Bar No. 225336)
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California  94305
Telephone:  (650) 723-0325
Facsimile:  (650) 723-4426
dsivas@stanford.edu

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PIT RIVER TRIBE, et al., | Case No. CIV-S-04-0956-JAM-JFM |
| Plaintiffs, | **STIPULATION AND ORDER TO CONSOLIDATE CASES, FILE AMENDED, CONSOLIDATED COMPLAINT, AND WITHDRAW PENDING MOTIONS** |
| v. | |
| BUREAU OF LAND MANAGEMENT, et al., | |
| Defendants. | |
| SAVE MEDICINE LAKE COALITION, et al., | Case No. CIV-S-04-0969-JAM-JFM |
| Plaintiffs, | **STIPULATION AND ORDER TO CONSOLIDATE CASES, FILE AMENDED, CONSOLIDATED COMPLAINT, AND WITHDRAW PENDING MOTIONS** |
| v. | |
| BUREAU OF LAND MANAGEMENT, et al., | |
| Defendants. | |

STIPULATION TO FILE AMENDED, CONSOLIDATED COMPLAINT AND TO WITHDRAW MOTIONS TO
DISMISS; [PROPOSED] ORDER – Case Nos. CIV-02-0956-JAM-JFM and CIV-02-0969-JAM-JFM

1    Plaintiffs and Defendants in <u>Pit River Tribe, et al. v. Bureau of Land Management, et al.</u>,
2    Case No. CIV-S-04-0956 DFL JFM and <u>Save Medicine Lake Coalition, et al. v. Bureau of Land</u>
3    <u>Management, et al.</u>, Case No. CIV-S 04-0969, by and through their attorneys, stipulate as follows
4    and jointly request that the Court issue the proposed order set forth below.

5    WHEREAS, both of the above-referenced actions concern the validity of the lease
6    extensions approved by the Bureau of Land Management on May 18, 1998 for leases in the Glass
7    Mountain Known Geothermal Resource Area;

8    WHEREAS on July 27, 2004, this Court previously found these two cases to be related;

9    WHEREAS on September 25, 2008, counsel for Plaintiffs in <u>Pit River Tribe</u> substituted in
10   as counsel for Plaintiffs in <u>Save Medicine Lake Coalition</u> and now represent plaintiffs in both
11   cases;

12   WHEREAS the voluntary withdrawal of certain project approvals by Defendants have
13   rendered moot some of the claims in <u>Pit River Tribe</u> and <u>Save Medicine Lake Coalition</u> which are
14   the subject of Defendants' motions for partial dismissal and partial summary judgment, currently
15   set for hearing on March 20, 2013;

16   WHEREAS Plaintiffs in both cases desire to consolidate the two cases and file an amended
17   complaint in order to promote judicial efficiency;

18   WHEREAS Plaintiffs have therefore prepared the proposed, consolidated First Amended
19   Complaint attached hereto;

20   WHEREAS Defendants disagree that Plaintiffs' filing the proposed First Amended
21   Complaint will resolve all issues raised by Defendants' pending motions, but agree that filing the
22   proposed First Amended Complaint will narrow the case for future disposition;

23   NOW THEREFORE, the parties hereby stipulate as follows:

24   1.    The claims in <u>Pit River Tribe</u> and <u>Save Medicine Lake Coalition</u> shall be
25         consolidated for all purposes, and the proposed First Amended Complaint attached
26         hereto shall be deemed filed upon entry of the order set forth below.

27

28

1      2.      The proposed First Amended Complaint includes factual allegations concerning the

2               history of geothermal leasing and proposed development in the Medicine Lake

3               Highlands, but Plaintiffs agree that it only assert causes of action related to the May

4               18, 1998 lease extensions and to Federal Defendants' alleged failure to provide

5               public records in response to Plaintiffs' Freedom of Information Act request.

6      3.      Subject to approval of the stipulations contained herein, Defendants hereby

7               withdraw their pending motions for partial dismissal and partial summary judgment

8               and give notice of their intent to file a new motion arguing that certain claims set

9               forth in the amended complaint are not cognizable, prior to briefing of the merits.

10  Dated: March 6, 2013           Respectfully submitted,

11  ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School

12

13  By:_____*Deborah A. Sivas*_____
        Deborah A. Sivas

14  Attorneys for Plaintiffs PIT RIVER TRIBE, et al.

15

16  BENJAMIN WAGNER
United States Attorney

17  By:_____*David T. Shelledy*_____
        David T. Shelledy

18          Assistant U.S. Attorney

19  Attorneys for Federal Defendants BUREAU OF LAND
MANAGEMENT, et al.

20

21  HOLLAND & HART LLP

22  By:_____*Craig D. Galli*_____
        Craig D. Galli

23

24  Attorneys for Defendant CALPINE CORPORATION

25

26

27

28

STIPULATION TO FILE AMENDED, CONSOLIDATED COMPLAINT AND TO WITHDRAW MOTIONS  TO
DISMISS; [PROPOSED] ORDER – Case Nos. CIV-02-0956-JAM-JFM and CIV-02-0969-JAM-JFM    2

1          Pursuant to stipulation, IT IS SO ORDERED.

2

3  Dated:  3/7/2013                    /s/ John A. Mendez_____
                                       United States District Court Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28